IN THE UNITED STATES DISTRCT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORMAN ALAN CADMUS, AKA | : | CIVIL NO:16-CV-1718 |
| NORMAN A. CADMUS, AKA | ; | |
| NORMAN CADMUS, | ; | |
|     PETITIONER, | : | (Judge Jones) |
| | ; | |
| v. | ; | (Magistrate Judge Carlson) |
| | ; | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, | : | |
|     Respondents. | ; | |

**MOTION**

I. <u>Statement of Facts and Relvance of the Two Cases</u>

Request to amend complaint with a three month time period for preparation time.

Request to allow Daupin County's case into show relevance, failure will cause submission to Appelate/U.S. Supreame Court wher the cases will evenutaly end due to the nature of the cases.

II. <u>See; VETERANS AFFAIRS REGULATIONS (38U.S.C.1505 OR 5313)</u>

This will explain part of Claim number 2557628 1.

PAGE 1

I Normen Alan Cadmus, aka Norman A. Cadmus, aka Norman Cadmus, petitioner, Pro-Se, Sui-Juris, herby state that all information here in is true and correct to the best of my knowlege and belief, Under penalty of perjury as attested by the date and my leagl signature below.

DATE, *August 24, 2016*

*Norman Alan Cadmus Pro-Se Sui-Juris*

NORMAN ALAN CADMUS, PRO-SE, SUI-JURIS

E.Y.-1227

Incarated at S.C.I. HOUTZDALE

NORMAN ALAN CADMUS E.Y.-1227
P.O. BOX 1000
209 INSTUTION DRIVE
HOUTZDALE, PA 16698-1000



FOREVER
USA

Bank Swallow

RECEIVED
HARRISBURG, PA

AUG 26 2016

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

UNITED STATES COURTHOUSE

228 WALNUT STREET

P.O. BOX 983

HARRISBURG, PA 17108

171083O983